UNITED STATES of America,
Appellee,

v.

Agapito NAPOLES–GARCIA, also
known as Agapito Napoles–
Jiminez, Appellant.

No. 01–1296.

United States Court of Appeals,
Eighth Circuit.

Submitted June 7, 2001.

Decided June 12, 2001.

Before HANSEN, BEAM, and
MORRIS SHEPPARD ARNOLD, Circuit
Judges.

PER CURIAM.

Agapito Napoles–Garcia pleaded guilty
to illegally re-entering the United States,
in violation of 8 U.S.C. § 1326(a). His
sentence was enhanced under 8 U.S.C.
§ 1326(b) because he had previously been
deported after conviction for an aggravat-
ed felony. The district court[1] sentenced
him to 57 months of imprisonment and 2
years of supervised release. On appeal,
counsel has filed a brief and moved to
withdraw under *Anders v. California,* 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967), and Napoles–Garcia has not filed a
pro se supplemental brief.

Counsel first argues that Na-
poles–Garcia's prior deportation following
his conviction for an aggravated felony was
an element of the instant offense under
*Apprendi v. New Jersey,* 530 U.S. 466, 120
S.Ct. 2348, 147 L.Ed.2d 435 (2000), and
that the district court's failure to so advise
him rendered his guilty plea invalid. This
argument lacks merit. *See Almendarez–
Torres v. United States,* 523 U.S. 224, 226–
27, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998);
*United States v. Raya–Ramirez,* 244 F.3d
976, 977 (8th Cir.2001). Second, counsel
argues that the sentence imposed is too
harsh. This does not provide a valid basis
for appeal. *See* 18 U.S.C. § 3742(a).

Having located no nonfrivolous issues
for appeal after reviewing the record inde-
pendently pursuant to *Penson v. Ohio,* 488
U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300
(1988), we affirm the judgment of the dis-

---

1. The Honorable Thomas M. Shanahan, Unit-
ed States District Judge for the District of
Nebraska.

trict court and grant counsel's motion to withdraw.